**Jean Bearcrane**
Attorney at Law
8416 Hwy 87 East
Billings, Montana 59101
Ph:  (406) 661-2870
Email: j_bearcrane@hotmail.com

**Patricia S. Bangert**
Attorney at Law, LLC
3773 Cherry Creek North Drive
Suite 575
Denver, Colorado 80209
Ph: (303) 228-2175
Email: pbangertlaw@aol.com
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **EARLINE COLE**, as an individual and as personal representative of the **ESTATE OF STEVEN BEARCRANE**, **CLETUS COLE**, as an individual and as personal representative of the ESTATE OF STEVEN BEARCRANE **PRECIOUS BEARCRANE**, minor child, **VERONICA SPRINGFIELD**, as an individual and as personal representative of the **ESTATE OF ROBERT**, **SPRINGFIELD** and **VELMA SPRINGFIELD**, minor child, Plaintiffs, v. **FEDERAL BUREAU OF INVESTIGATIONS**, | CV-09-21-BLG-RFC-CFO **PLAINTIFFS' RESPONSE TO UNITED STATES' MOTION TO DISMISS MARTY J. JACKLEY, OR, ALTERNATIVELY, MOTION TO SUBSTITUTE ACTING UNITED STATES ATTORNEY** |

| | |
|---|---|
| **SALT LAKE FIELD OFFICE**, | ) |
| **MARTY JACKLEY,** in his official | ) |
|     capacity, | ) |
| **UNITED STATES ATTORNEYS** | ) |
|     **OFFICE FOR SOUTH DAKOTA**, | ) |
| **ERNEST WEYAND**, in his official and | ) |
|     individual capacities, and | ) |
| **MATTHEW ORAVEC**, in his individual | ) |
|     capacity, | ) |
|         Defendants. | ) |

Plaintiffs, by and through their undersigned attorneys, respectfully file this response to Defendants' motion to dismiss defendant Marty J. Jackley, or alternatively, to substitute the acting United States Attorney for defendant Jackley:

1.    Defendants filed a motion to dismiss defendant Marty J. Jackley, or alternatively, to substitute the acting United States Attorney on October 9, 2009. (Dkt#30).

2.    Because defendant Jackley is no longer the United States Attorney for South Dakota, Plaintiffs have no objection to dismissing him from this matter. Because the Plaintiffs are bringing claims against the United States Attorneys Office as an entity, there is no need to substitute the Acting United States Attorney for Mr. Jackley.

**DATED** this 29th day of October, 2009.

2

Respectfully submitted:

_____

Jean Bearcrane

*/s/Patricia S. Bangert*

_____

Patricia S. Bangert
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2009, I electronically filed the foregoing using the CM/ECF system, with notification to the following:

SHON HASTINGS, ESQ
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND 58102-4932

shon.hastings@usdoj.gov

                                       */s/Patricia S. Bangert*

                                       _____
                                       Patricia S. Bangert