IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
BILLINGS DIV.
2009 OCT 30 PM 3 04
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| EARLINE COLE, as an individual and as personal representative of the ESTATE OF STEVEN BEARCRANE, CLETUS COLE, as an individual and as personal representative of the ESTATE OF STEVEN BEARCRANE, PRECIOUS BEARCRANE, minor child, VERONICA SPRINGFIELD, as an individual and as personal representative of the ESTATE OF ROBERT SPRINGFIELD, and VELMA SPRINGFIELD, minor child,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, SALT LAKE CITY FIELD OFFICE, UNITED STATES ATTORNEY'S OFFICE FOR SOUTH DAKOTA, MARTY J. JACKLEY, in his official capacity, ERNEST WEYAND, in his individual and official capacity, and MATTHEW ORAVEC, in his individual capacity,<br><br>　　　　　　　　　　　　Defendants. | CV-09-21-BLG-RFC-CSO<br><br>ORDER GRANTING MOTION TO DISMISS MARTY J. JACKLEY |

Defendants have filed a Motion to Dismiss Defendant Marty J.

Jackley or, Alternatively, Motion to Substitute Acting United States

Attorney.  Court's Doc. No. 30.  Plaintiffs respond that they have no objection to dismissing Jackley from this matter and believe that because they are suing the U.S. Attorneys Office for South Dakota as an entity, there is no need to substitute the Acting U.S. Attorney.  Court's Doc. No. 34.

There being no objection from Plaintiffs, IT IS ORDERED that Defendants' Motion to Dismiss Defendant Marty J. Jackley (Court's Doc. No. 30) is GRANTED.

Dated this 30th day of October, 2009.

/S/ *Richard F. Cebull*
Richard F. Cebull
United States District Judge