IN THE UNITED STATES DISTRICT COURT



FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FEB 0 6 2014

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| EARLINE COLE, as an individual and as personal representative of the ESTATE OF STEVEN BEARCANE, et al., | CV 09-21-BLG-SEH |
| Plaintiffs, | **ORDER** |
| vs. | |
| MATTHEW ORAVEC, in his individual capacity, | |
| Defendant. | |

On January 23, 2014, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] on Defendant's Motion for Judgment on the Pleadings and for Partial Summary Judgment.[2] Defendant filed objections on February 4, 2014.[3] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Doc. 119.

[2] Doc. 96.

[3] Doc. 121.

Upon *de novo* review of the record, I find no error in Judge Ostby's

Findings and Recommendations and adopt them in full.

ORDERED:

1.    Defendant's Motion for Judgment on the Pleadings and for Partial

Summary Judgment (Doc. 119) is GRANTED, in part, and DENIED, as set forth

in Judge Ostby's Findings and Recommendations, as follows:

   A.    Defendant's Motion for Judgment on the Pleadings respecting

the Springfield claims is GRANTED.

   B.    Defendants Motion for Partial Summary Judgment respecting

the Bearcrane claims is DENIED.

DATED this ___6th___ day of February, 2014.


_____
SAM E. HADDON
United States District Judge