

JUL 2 2 2014

Clerk, U.S. District Court
District Of Montana
Helena

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

EARLINE COLE, as an individual and as personal representative of the ESTATE OF STEVEN BEARCANE, et al.,

Plaintiffs,

vs.

MATTHEW ORAVEC, in his individual capacity,

Defendant.

CV 09-21-BLG-SEH

**ORDER**

On June 26, 2014, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] on Defendant's Motion for Summary Judgment.[2] Plaintiffs filed objections on July 17, 2014.[3] Plaintiffs' three page filing asserts no specific objection and only references the Court to previous

---

[1] (Doc. 138.)

[2] (Doc. 126.)

[3] (Doc. 141.) Plaintiffs received an extension of time to file objections on July 10, 2014. (*See* Doc. 140.)

arguments raised in Plaintiffs' initial response brief to the motion for summary judgment.[4] These objections on their face do not rise to the level contemplated by Fed. R. Civ. P. 72(b)(2), which require the filing of "specific written objections to the proposed findings and recommendations."

Nevertheless, the Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendant Oravec's Motion for Summary Judgment is GRANTED.

2. The Clerk is directed to enter judgment accordingly.[5]

DATED this 22nd day of July, 2014.

Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[4] (*See* Doc. 141 at 1.)

[5] (*See* Docs. 56; 69; 122.)