# Exhibit 1

# U.S. DEPARTMENT OF JUSTICE

Civil Division

Request and Authorization To Incur Litigative Expenses

12-19-13

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | OB1460 |
| Cost | 2,241.50 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| RUPA BHATTACHARYYA, DIRECTOR | 12/17/13 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| JAMES BARTOLOTTO | 202 616-4174 | COLE V. ORAVEC, DJ NO. 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 |

| Nature of Service | Dates of Service |
|---|---|
| DEPOSITIONS | 11/19/13 to 11/20/13 |

Name and address of payee/
Tax Identification Number:

BIG SKY REPORTING INC.
2308 INTERLACHEN CIRCLE
BILLINGS, MT 59105
TAX ID NO. ▮

Itemization of Expenses:
INVOICE NO: 00007

Explanation and justification:

Estimated Total Expense

2,241.50

Approved: *RBhattacharyya*
Branch/Office/Staff Director
Civil Division

FORM CIV-204
JUN 99

Tax I.D.: [redacted]

**Big Sky Reporting, Inc.**
2308 Interlachen Circle
Billings, Montana 59105
Phone (406) 248-4064
11/27/2013



James G. Bartolotto
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
P. O. Box 7146
Washington, D.C. 20044

| Date | | TOTAL |
|---|---|---|
| 11/19/2013 | Appearance fee (Springfield-no go) | $ 100.00 |
| 11/20/2013 | The depositions of **EARLINE COLE, VERONICA SPRINGFIELD and CLETUS COLE**, taken in Cause No. CV-09-21-BLG-SHE-CSO. U. S. District Court. Cole, et al v. Oravec. | |
| | Appearance fee | $100.00 |
| | Original and one copy each (415 x $4.75) | $1,971.50 |
| | Copy of Etrans $10 x 3) | $ 30.00 |
| | Postage and handling (Origs mailed to witnesses also) | $ 40.00 |

*Invoice No. 00007*

Thank you!!

I certify that these goods and / or services were received on
_____ (date) and accepted on _____ (date). Credit
purchase was authorized and no confirming order has been issued.
Signature _____ Date _____

*RBhattacharyya*

Printed or Typed Name and Title

**** WE ACCEPT CREDIT CARDS ****

Total $2,241.50

*Service Rendered    12-17-13*

# U.S. DEPARTMENT OF JUSTICE

Civil Division

Request and Authorization To Incur Litigative Expenses

2-4-14

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | OB1460 |
| Cost | 1,797.50 |
| Object Class | |

| Name and Title of Requestor | | Date of Request |
|---|---|---|
| RUPA BHATTACHARYYA, DIRECTOR | | 1/30/14 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| JAMES BARTOLOTTO | 202 616-4174 | COLE V. ORAVEC, DJ NO. 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 |

| Nature of Service | Dates of Service |
|---|---|
| DEPOSITIONS | 1/14/14 to 1/15/14 |

Name and address of payee/
Tax Identification Number:

BIG SKY REPORTING INC.
2308 INTERLACHEN CIRCLE
BILLINGS, MT 59105
TAX ID NO. ▮

Itemization of Expenses:
INVOICE NO: 00008

Explanation and justification:

Estimated Total Expense

1,797.50

Approved: RBhattacharyya
Branch/Office/Staff Director
Civil Division

FORM CIV-204
JUN 99

Tax I.D. ▓▓▓▓▓

**Big Sky Reporting, Inc.**
2308 Interlachen Circle
Billings, Montana 59105
Phone (406) 248-4064
1/23/2014



James G. Bartolotto
Senior Trial Attorney
U.S. Department of Justice
P. O. Box 7146
Washington, D.C. 20044

| Date | | TOTAL |
|---|---|---|
| 1/14/2014<br>1/15/2014 | The depositions of **LINDA BEARCRANE COUTURE and COLTON SPRINGFIELD and MATT ORAVEC**, taken in Cause No. CV-09-21-BLG-SHE CSO, U.S. District Court, Cole, et al v. Oravec | |
| | **APPEARANCE FEE** | $ 100.00 |
| | Original + 1 cc (Linda & Colton)   160 x 4.75 | $760.00 |
| | 1 cc of Oravec    347 x $2.50 | $867.50 |
| | Copy of Etrans $10 x 3 | $ 30.00 |
| | Postage and handling (Originals of Linda & Colton, also) | $ 40.00 |
| | Thank you!! | |
| | **** WE ACCEPT CREDIT CARDS **** | |
| | Total | $1,797.50 |

*Service Rendered*
2-3-14