IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, as an individual and as personal representative of the ESTATE OF STEVEN BEARCRANE; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW ORAVEC, in his individual capacity, <br><br> Defendant. | CV 09-21-BLG-SEH-TJC <br><br> **ORDER** |

Before the Court is plaintiffs Earline Cole's, Cletus Cole's, and Precious Bearcrane's (collectively, "Plaintiffs") Unopposed Motion for Extension of Time to Respond to Defendant Oravec's Motion to Dismiss. (Doc. 164) Plaintiffs' motion being unopposed,

IT IS ORDERED that Plaintiffs' motion is **GRANTED**. Plaintiffs shall file their response to defendant Matthew Oravec's Motion to Dismiss (Doc. 162) on or before April 2, 2018.

DATED this 22nd day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge