FILED

3/7/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>      Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, SALT LAKE CITY FIELD OFFICE, FEDERAL BUREAU OF INVESTIGATIONS, BILLINGS OFFICE, and MATTHEW ORAVEC,<br><br>      Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

On February 15, 2019, Defendants moved, with supporting brief, to extend the deadline for filing summary judgment, stating *inter alia* "[d]efendants respectfully move the Court extend the deadline for filing summary judgment

motions an additional 30 days . . . to March 25, 2019, or 30 days after the Court (Haddon, J.) issues its order on the February 7, 2019, [Findings and Recommendation], whichever occurs later."[1]

At the telephonic conference with counsel on February 20, 2019, Plaintiffs' counsel informed the Court that Plaintiffs did not oppose extension of the summary judgment motion deadline if the discovery deadline extension requested by Plaintiffs on February 18, 2019, was granted. An order extending the discovery deadline to April 5, 2019, was issued by the Court on March 7, 2019.[2]

ORDERED:

Defendants' Motion to Extend Deadline for Summary Judgment Motions[3] is GRANTED to the extent and upon the condition stated in this Order.

The parties shall have to and including March 29, 2019, in which to file: (1) any additional or renewed summary judgment motion or motions; and (2) a brief in support.

Briefs in response to any additional or renewed summary judgment motion or motions shall be filed on or before April 19, 2019.

---

[1] Doc. 189 at 2.

[2] Doc. 201.

[3] Doc. 189.

Optional reply briefs shall be due on or before May 3, 2019.

All summary judgment filings shall comply with L.R. 56.1.

DATED this 7th day of March, 2019.

*Sam E Haddon*
SAM E. HADDON
United States District Judge