IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 24 2019
Clerk, U S District Court
District Of Montana
Helena

| | | |
|---|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child, | ) ) ) ) | CV-09-21-BLG-SEH |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

Defendant FBI's Unopposed Motion to Excuse Lead Defense Counsel or Reschedule the Hearing on the FBI's Motion for Summary Judgment (Doc. 249) is GRANTED. James G. Bartolotto, Esq. is excused from attending the May 31, 2019, hearing.

DATED this 24th day of May, 2019.

SAM E. HADDON
United States District Judge