# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,

Plaintiffs,

vs.

FEDERAL BUREAU OF INVESTIGATIONS, SALT LAKE CITY FIELD OFFICE, FEDERAL BUREAU OF INVESTIGATIONS, BILLINGS OFFICE,

Defendants.

No. CV 09-21-BLG-SEH

**ORDER**

The Court's Order of May 30, 2019, stated, inter alia:

> 4. Jean Bearcrane shall forthwith[1] file a notice in writing with attached report from her treating physician or physicians, specifying the date on and after which she will be physically able to attend and to be present and to fully participate in all further court hearings and proceedings.[2]

No notice or report as ordered has been filed.

---

[1] "Forthwith" is defined as "immediately; at once." WEBSTER'S NEW WORLD DICTIONARY 549 (2d ed. 1972).

[2] Doc. 252.

ORDERED:

Jean Bearcrane, Esq., shall, on or before close of business on June 12, 2019, file the notice and written report as ordered on May 30, 2019. Failure or refusal to file the notice and written report may result in the imposition of sanctions for noncompliance of the Court's lawful order.

DATED this 10th day of June, 2019.

SAM E. HADDON
United States District Judge