FILED
7/9/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

On March 29, 2019, Defendants' Motion for Summary Judgment was filed.[1] Plaintiffs' Motion for Leave for the Withdrawal of Counsel of Record was filed on June 26, 2019.[2] A second Unopposed Motion for Leave for Withdrawal of Counsel of Record was filed on June 28, 2019.[3] The Court heard arguments on the

---

[1] Doc. 228.

[2] Doc. 258.

[3] Doc. 261.

-1-

motions to withdraw on July 2, 2019, at which time ruling on the motions was deferred.

ORDERED:

Jean Bearcrane, Esq., will remain as counsel of record for Plaintiffs with all duties and responsibilities required by L.R. 83.1(d)(6) pending address and disposition of yet unresolved issues relevant to whether Bearcrane or Bangert, or both, have heretofore met and fulfilled responsibilities and obligations required of them to the Court, to opposing counsel, and by the rules of this Court as counsel of record.

DATED this 9th day of July, 2019.

SAM E. HADDON
United States District Judge