

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

|  |  |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>ORDER |

On March 29, 2019, Defendant FBI filed a Motion for Summary Judgment on the single claim pending.[1] Briefs in support and in opposition to the motion were filed.[2] Statements of undisputed facts and statements of disputed facts were filed.[3] A hearing on the motion was held on July 2, 2019.

---

[1] Doc. 228.

[2] Docs. 229 and 236.

[3] Docs. 230 and 237.

ORDERED:

Each party will file a brief on or before close of business on Wednesday, July 24, 2019, directed to the specific question of whether Plaintiffs are entitled to a jury trial of the remaining Fifth Amendment claim asserted in the case. Each party shall have the option to file a response brief on or before close of business on July 31, 2019.

DATED this 15th day of July, 2019.

SAM E. HADDON
United States District Judge