FILED

8/1/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>ORDER |

On July 17, 2019, the Court directed additional briefing on the issue of whether Plaintiffs are entitled to a trial by jury, as demanded in the Second Amended Complaint.[1]

ORDERED:

The Court will conduct a hearing on Plaintiffs' demand for a jury trial at

---

[1] Docs. 267 and 159 at 32.

-1-

1:00 p.m. on August 7, 2019, at the **Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana.**

DATED this 1st day of August, 2019.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge