# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED

8/8/2019

Clerk, U.S. District Court
District of Montana
Helena Division

EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,

Plaintiffs,

vs.

FEDERAL BUREAU OF INVESTIGATIONS, et al.,

Defendants.

No. CV 09-21-BLG-SEH

**ORDER**

The Court conducted a hearing on Plaintiffs' demand for a jury trial on August 8, 2019.[1]

Upon the record made in open court:

All remaining issues in this case will be tried, if appropriate, to the Court sitting without a jury.[2]

DATED this 8th day of August, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 159 at 32.

[2] Defendants' Motion for Summary Judgment heard on July 2, 2019, remains under advisement.