FILED

8/21/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

On August 20, 2019, Plaintiff filed an unopposed Request for Clarification of Orders Regarding Factual Disputes.[1]

ORDERED:

Revised briefs prepared in compliance with the Court's Order of August 20,

---

[1] Doc. 281.

2019,[2] will be due on or before 4:45 p.m. on August 30, 2019. Response briefs will be due on or before September 13, 2019. Reply briefs will be due on or before September 27, 2019.

DATED this 21st day of August, 2019.

SAM E. HADDON
United States District Judge

---

[2] Doc. 280.