# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

On January 31, 2020, the parties filed a proposed Final Pretrial Order.[1]

ORDERED:

1. The proposed final pretrial order supersedes all prior pleadings and may not be amended except by leave of Court.

2. On or before February 14, 2020, each party shall file and provide to chambers complete copy sets of all interrogatories served by the party and of all answers to such interrogatories received from any party, if any portion of the answers are to be offered at trial.

---

[1] Doc. 305.

**All responses to discovery to be offered as evidence at trial, in order to be considered for admission as evidence at trial, must satisfy the requirements for admissibility as evidence under the Federal Rules of Evidence.**

3. Exhibits:

   a. Exhibits are to be bound in a loose-leaf binder and exchanged with opposing counsel prior to the filing of the pretrial order.

   b. Each exhibit shall bear an extended tab showing the number of the exhibit.

   c. Each exhibit document shall be paginated, including any attachments. Plaintiff's exhibits shall be numbered 1 up to 500. Defendants' exhibits shall be numbered 501 and up. All exhibits shall be numbered in chronological sequence. **Any exhibits from depositions to be offered at trial shall be labeled with a trial exhibit number only.**

   d. Exhibits shall not be duplicated.

   e. Exhibits shall be filed in the electronic record.

   f. The original of document exhibits shall be delivered to the Clerk of Court on or before **February 14, 2020.**

g. A copy of exhibits shall be mailed to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before **February 14, 2020.**

h. The parties are expected to use the Court's available evidence presentation technology for exhibit display.

i. *Audio or video electronic exhibits must be in a format compatible with the evidence presentation technology. Parties may contact the Clerk's office for technical assistance.*

DATED this 7th day of February, 2020.

SAM E. HADDON
United States District Judge