# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>    Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

Plaintiffs having filed an unopposed request for Plaintiffs Earline and Cletus Cole to participate in the hearing set for March 26, 2020, at 2:00 p.m.,

ORDERED:

Plaintiff Cole's Request to Participate in Telephone Hearing[1] is GRANTED AS FOLLOWS:

Plaintiffs Earline and Cletus Cole may attend the telephonic hearing set for March 26, 2020, at 2:00 p.m.

DATED this 25th day of March, 2020.

        */s/ Sam E. Haddon*
        SAM E. HADDON
        United States District Judge

---

[1] Doc. 333.