FILED

3/26/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

On January 31, 2020, a proposed pretrial order was filed with attached will offer and may offer exhibit lists.[1]

ORDERED:

The following will offer exhibits without objection are ADMITTED:

1. Plaintiffs' Exhibit Numbers: 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23.

---

[1] *See* Docs. 305, 305-5, 305-6, 305-7, 305-8.

2. Defendant's Exhibit Numbers: 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 519, 520.

DATED this 26th day of March, 2020.

*Sam E Haddon*
SAM E. HADDON
United States District Judge