# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| EARLINE COLE, CLETUS COLE, and PRECIOUS BEARCRANE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br><br>Defendants. | No. CV 09-21-BLG-SEH<br><br>**ORDER** |

The parties having filed a Stipulation of Dismissal,[1]

ORDERED:

This case is DISMISSED with prejudice, each party to bear its own costs.

The trial set for June 22, 2020, and all remaining deadlines are VACATED.

DATED this 16th day of June, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 348.